**Order entered January 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01429-CV

### DAVID PORTER AND STEVEN FREDRICKSON, Appellants

### V.

### CRAIG HARBUCK AND CAROL WEINKAUF, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03485-B**

## ORDER

Before the Court is appellants' January 21, 2015, second unopposed motion to extend time for filing of appellants' brief. We **GRANT** the motion and consider appellants' brief received on January 23, 2015, properly before the Court.

/s/     CRAIG STODDART
           JUSTICE